**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 19-7038**

ANTHONY BUSSIE,

               Petitioner - Appellant,

      v.

408 UNION - NORTH CAROLINA; 409 UNION - NORTH CAROLINA; J. MULL,

               Respondent - Appellees.

Appeal from the United States District Court for the Eastern District pf North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:17-hc-02217-FL)

Submitted:  November 19, 2019              Decided:  November 22, 2019

Before WILKINSON and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Anthony Bussie, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Bussie, a federal civil committee, appeals the district court's order dismissing his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Bussie v. 408 Union - North Carolina*, No. 5:17-hc-02217-FL (E.D.N.C. July 2, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*